UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------- X
TERRA TOWERS CORP., et al.,                                    :   Civil Action No.: 1:22-cv-06150
                                                               :
                Plaintiffs,                                    :
                                                               :   NOTICE OF MOTION FOR
        v.                                                     :   LEAVE TO FILE UNDER
                                                               :   SEAL
ADAM MICHAEL SCHACHTER, et al.,                                :
                                                               :
                Defendants.                                    :
-------------------------------------------------------------- X
```

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Their Motion for Leave to File Their August 22, 2022 Letter to the Court Under Seal (the "August 22 Letter"), Defendants Telecom Business Solution, LLC, LATAM Towers, LLC, AMLQ Holdings (Cay) Ltd., Adam M. Schachter, and Gelber Schachter & Greenberg, P.A. (collectively, the "Moving Parties"), by and through undersigned counsel, hereby move this Court, pursuant to Federal Rule of Civil Procedure 5.2(d), for an Order granting leave to file under seal the Moving Parties' August 22 Letter.

> Granted.
>
> SO ORDERED.
>
> /s/ Lewis A. Kaplan (mab)
> Lewis A. Kaplan, U.S. District Judge
>
> Dated: August 23, 2022

Dated: August 22, 2022                                          Respectfully submitted,

By: */s/ Katherine M. Poldneff*
Michael N. Ungar
(admitted *pro hac vice*)
Katherine M. Poldneff
Gregory C. Djordjevic
(admitted *pro hac vice*)
**ULMER & BERNE LLP**
1660 West 2nd Street, Suite 1100
Cleveland, Ohio 44113-1406
Phone: (216) 583-7000
Fax:    (216) 583-7001
mungar@ulmer.com
kpoldneff@ulmer.com
gdjordjevic@ulmer.com

David A. Landman
**ULMER & BERNE LLP**
275 Madison Avenue, Suite 2002
New York, New York 10016-1138
Phone: (917) 262-0470
Fax:    (917) 262-0480
dlandman@ulmer.com

*Counsel for Telecom Business Solution, LLC and LATAM Towers, LLC*

By: */s/ Gregg L. Weiner*
Gregg L. Weiner
Ethan R. Fitzgerald
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, New York 10036-8704
Phone: (212) 596-9000
Fax:    (212) 596-9090
gregg.weiner@ropesgray.com
ethan.fitzgerald@ropesgray.com

Daniel V. Ward
(admitted *pro hac vice*)
Katherine M. McDonald
(admitted *pro hac vice*)
**ROPES & GRAY LLP**
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199-3600
Phone: (617) 951-7000
Fax:    (617) 951-7050
daniel.ward@ropesgray.com
katherine.mcdonald@ropesgray.com

*Counsel for AMLQ Holdings (Cay), Ltd.*

By: */s/ Roberto Martínez*
Roberto Martínez
(*pro hac vice* application pending)
Stephanie A. Casey
**COLSON HICKS EIDSON, P.A.**
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
Phone: (305) 476-7400
Fax:    (305) 476-7444
bob@colson.com
scasey@colson.com

*Counsel for Adam Michael Schachter and Gelber Schachter & Greenberg, P.A.*

-3-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 22, 2022, the foregoing was filed through the Court's electronic filing system, which will provide notice of the filing to all counsel of record.

/s/ *Gregg L. Weiner*
Gregg L. Weiner

*Counsel for AMLQ Holdings (Cay), Ltd.*