**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ X
TERRA TOWERS CORP., *et al.*,
:   Civil Action No.: 1:22-cv-06150
:
:   Judge Lewis A. Kaplan
             Plaintiffs,
v.

GELBER SCHACHTER & GREENBERG, P.A., *et al.*,

             Defendants.
------------------------------------------------------------ X

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

The motion of Michael N. Ungar ("Applicant") for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Ohio and that his contact information is as follows:

Michael N. Ungar
Ulmer & Berne LLP
1660 West 2nd Street, Suite 1100
Cleveland, Ohio 44113-1406
Telephone / Fax:  (216) 583-7000 / (216) 583-7001
Email:  mungar@ulmer.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendants Telecom Business Solution, LLC and LATAM Towers, LLC in the above-entitled action,

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

SO ORDERED.

/s/ Lewis A. Kaplan
LEWIS A. KAPLAN, USDJ
10/19/22

1